NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 3081 MAIN STREET, LLC d/b/a NEW ENGLAND WINE AND SPIRITS, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CREATIVE AGE COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No.: CV 12-04284 JFW (SHx)<br><br>**ORDER** |

　　Having reviewed the stipulation of dismissal filed by the parties, the Court hereby dismisses this action with prejudice and without costs.

Dated: June 28, 2012

　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　United States District Court Judge

ORDER